UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/18
```

UNITED STATES OF AMERICA

-against-

GAVIN CAMPION,

Defendant.

**ORDER**

15 Cr. 536-6 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing in this action currently scheduled for May 23, 2018 is adjourned to **August 22, 2018, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 7, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge