UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

GAVIN CAMPION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/18

**ORDER**

15 Cr. 536-6 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing in this action currently scheduled for August 22, 2018 is adjourned to **November 21, 2018, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 18, 2018

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge