UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GAVIN CAMPION,

Defendant.

No. 15-CR-536 (PGG)

[PROPOSED] ORDER
EXONERATING BOND &
DIRECTING RELEASE
OF FUNDS

WHEREAS, on June 30, 2016, this Court ordered the release of Defendant Gavin Campion

on a $350,000 personal recognizance bond, to be secured by $100,000 in cash and the signatures

of four financially responsible people.

WHEREAS the cash bail was posted on his behalf by his undersigned counsel, Walden

Macht & Haran LLP.

WHEREAS Mr. Campion has fully complied with the terms of his bond.

WHEREAS, on May 3, 2019, this Court sentenced Mr. Campion to time served, did not

impose a fine, and ordered that Mr. Campion pay a special assessment of $200. *See* Dkt. No. 975.

WHEREAS the Government consents to the exoneration of Mr. Campion's bond.

WHEREAS Mr. Campion respectfully requests that the special assessment be paid with

$200 of the aforementioned cash.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Campion, that Mr.

Campion's bond in this matter is hereby EXONERATED and RELEASED.

IT IS FURTHER ORDERED that all suretors on Mr. Campion's bond are also released

from any liability in connection with the aforementioned bond.

IT IS FURTHER ORDERED that the Clerk/Cashier of the United States District Court for

the Southern District of New York is directed to pay the $200 special assessment to the Court and

issue a bail refund check to "Walden Macht & Haran LLP" in the amount of $99,800 (Ninety Nine

Thousand Eight Hundred Dollars).

SO ORDERED.

Dated: _May 21, 2019_

By: _____

Honorable Paul G. Gardephe
United States District Judge